ON MOTION

*ORDER*

Upon consideration of John H. King's unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Any pending motions are deemed moot.

(3) Each side shall bear its own costs.

(1) The mandate is recalled, the court's January 22, 2008, 263 Fed.Appx. 859, order dismissing this petition for review is vacated, the petition for review is reinstated.

(2) Caracciolo's informal brief (form enclosed) is due within 21 days of the date of filing of this order.

**Rose CARACCIOLO, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
**Respondent.**

No. 2008–3101.

United States Court of Appeals,
Federal Circuit.

Feb. 20, 2008.

Rose Caracciolo, pro se.

ON MOTION

*ORDER*

Upon consideration of the court's order granting Rose Caracciolo's motion for leave to proceed in forma pauperis,

IT IS ORDERED THAT: